IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEWAYNE E. VEST                                                                                      PLAINTIFF

VS.                                   CASE NO. 3:17CV00164 PSH

NANCY A. BERRYHILL, Acting Commissioner,
    Social Security Administration                                                       DEFENDANT

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 29th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE